## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————— )
                                                  )
**JAMES FAWOLE**                                  )
**1238 Carrolsburg Place, S.W.**                  )
**Apt. B**                                        )
**Washington, D.C. 20024**                        )
                                                  )
       **Plaintiff,**    )
                                                  )
    **v.**                      )
                                                  )
                                                  )
**DISTRICT OF COLUMBIA,**                         )     **Civil Action No.: _____**
**A Municipal Corporation**                       )
                                                  )
      **and**        )
                                                  )
**OFFICER ROBERT GLENN,**                         )
**Metropolitan Police Department**                )
**in his personal and official capacity**         )
**Third District**                                )
**1625 V Street, N.W.**                           )
**Washington, D.C. 20001**                        )
                                                  )
     **Defendants.**       )
———————————————————— )

## NOTICE OF REMOVAL

     The District of Columbia is a defendant in the case *James Fawole v. District of Columbia, et al.,* Civil Action No. 2007 CA 003929 B, now pending in the Superior Court of the District of Columbia.  Pursuant to 28 U.S.C. §§1441 and 1446, this defendant removes the above action from the Superior Court of the District of Columbia to this Honorable Court because the claims raised in plaintiff's complaint present federal questions appropriate for this Court.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties.  See 28 U.S.C. § 1441(b).  Pursuant to 28 U.S.C. § 1446, parties have 30 days after the receipt of the complaint, through service or otherwise, to file its removal of an action to the Untied States District Court.  The herein named defendant received a copy of the Summons and Complaint on or about August 6, 2007.  Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

____/s/ Patricia A. Jones_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

____/s/ Leticia L. Valdes_____
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295
Leticia.Valdes@dc.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of September 2007, a copy of the foregoing

Notice of Removal was mailed, postage prepaid to:

Donald M. Temple, Esq.
1229 15th Street, N.W.
Washington, D.C. 20005


                    /s/ Leticia L. Valdes
                   Leticia L. Valdes
                   Assistant Attorney General



**SUPERIOR COURT**
**FOR THE DISTRICT OF COLUMBIA**

James Fawole )
1238 Carrolsburg Place SW, Apt. B )
Washington, D.C. 20024 )
)
      Plaintiff, ) Case No.: _____ **0003929-07**
)
v. ) Document Type: Civil Rights
)
District of Columbia )
A Municipal Corporation )
Serve: )
Office of Attorney General )
441 4th Street, NW, 6th Floor )
Washington, D.C. 20004 )
Serve: )
Mayor Adrian Fenty )
John A. Wilson Building )
1350 Pennsylvania Avenue, NW )
Washington, D.C. 20004 )
)
and )
)
Officer Robert Glenn )
Metropolitan Police Department )
in his personal and official capacity )
Third District )
1625 V Street, NW )
Washington, D.C. 20001 )
)
      Defendants. )
)

**PLAINTIFF'S COMPLAINT**

    COMES NOW Plaintiff, James Fawole, by and through undersigned counsel, and

files this complaint for damages against Defendants District of Columbia and Officer

Robert Glenn. In support of his claim, Plaintiff alleges the following:



## JURISDICTION AND VENUE

1. Jurisdiction of the Court is invoked pursuant to D.C. Code 11-921 (1981). Venue is proper within the jurisdiction of the District of Columbia because all parties reside in and the incident occurred in the District of Columbia ("D.C.").

## PARTIES

2. Plaintiff James Fawole ("Fawole") is a resident of D.C.

3. Defendant D.C. government is a municipality that controls and operates the D.C. Metropolitan Police Department ("MPD").

4. Defendant Robert Glenn ("Glenn"), at all times referenced herein, was a plain clothes police officer for the MPD assigned to the Third District and is being sued in his official and individual capacities.

## FACTS COMMON TO ALL COUNTS

5. On or about November 19, 2005, at approximately 8:15P.M., Fawole was a passenger in a car stopped by Glenn in the area of 2nd and U Street, N.W, Washington, D.C.

6. After being stopped, Glenn approached the car, opened the door, and absent provocation or justification, violently grabbed Plaintiff by his coat collar and forcefully pulled him out of the car.

7. Plaintiff immediately put his hands in the air, in plain view, and complied with all of Glenn's commands. Yet, Glenn continued to grab and pull Plaintiff in a malicious and outrageous manner and then proceeded to strike Plaintiff violently on the right side of his face with a closed fist while screaming obscenities at him.

8. Plaintiff was then handcuffed and searched.

9. Plaintiff was told that he was a potential suspect in a robbery that occurred earlier in the evening on West Virginia Avenue and that he would be taken back to the scene of the robbery for identification purposes.

10. Plaintiff was released only after he identified himself as a Howard University student and explained his whereabouts.

11. When Plaintiff asked Glenn for his name and badge number, Glenn gave a false name.

12. Glenn at all times herein acted maliciously, callously and outrageously and in violation of Plaintiff's fourth and fifth amendment rights.

13. Prior to this incident Glenn committed a similar, unprovoked violent assault on another innocent victim, Howard University student Jason Dimes-Smith. Despite that Glenn's malicious cruel assault violated MPD rules and regulations, MPD did not discipline him.  Upon information and belief, Glenn has committed other violent acts against civilians.

14. At all times relevant to this action, the MPD had in effect and was responsible for certain disciplinary policies and procedures to wit rules and regulations which governed improper police conduct.

## COUNT I
## DEPRIVATION OF CIVIL RIGHTS, 42 U.S.C. § 1983
## EXCESSIVE FORCE AND FALSE ARREST
## (ALL DEFENDANTS)

15. Paragraphs 1 through 14 are incorporated herein by reference as though fully set forth.

16. On November 19, 2005 Glenn used excessive force and falsely arrested Plaintiff in violation of 42 U.S.C § 1983 and Plaintiff's fourth and fifth amendments rights under the U.S. Constitution.

17. At all times relevant herein, Glenn had a duty to use only reasonable force consistent with the MPD's force continuum policy.

18. Notwithstanding said duty and absent any force by Plaintiff whatsoever, Glenn wrongfully and unlawfully used excessive and unreasonable force against him.

19. Glenn's actions as agent, servant and/or employee of defendant D.C., occurred under color of state law, including existing D.C. statutes, ordinances, regulations, customs and policies. Further, Glenn had no probable cause to detain and/or arrest Plaintiff.

20. As a direct and proximate result of Glenn's unprovoked and violent attack and false arrest, Plaintiff suffered damages, including, but not limited to, physical injury, humiliation, loss of reputation, loss of self-esteem, fear, embarrassment and mental anguish.

21. Plaintiff claims damages for the injuries set forth above under

42 U.S.C. § 1983 against defendant Glenn for violation of his constitutional rights under color of law.

**WHEREFORE**, Plaintiff respectfully prays this Honorable Court enters:

    (a) Judgment against defendant for compensatory damages in an amount in excess of one hundred thousand dollars ($100,000.00);

    (b) Judgment against defendant Glenn in his personal capacity for punitive damages in an amount in excess of one hundred thousand dollars

($100,000.00) for his violent attack upon Plaintiff and to deter similar conduct in the future.

(c) Judgment against defendant Glenn for reasonable attorneys fees, costs and such other relief as this Court deems just and proper.

## COUNT II
## DEPRIVATION OF CIVIL RIGHTS, 42 U.S.C. SECTION 1983
## FAILURE TO SUPERVISE AND DISCIPLINE
## (DEFENDANT DISTRICT OF COLUMBIA)

22. Paragraphs 1 through 21 are incorporated herein by reference as though fully set forth.

23. Plaintiff further alleges that defendant D.C.'s knowledge of Glenn's pattern of unprovoked violent behavior towards civilians and failure to properly supervise and discipline him accordingly constituted deliberate indifference.

24. It was the policy and/or custom of DCMPD to inadequately and improperly investigate citizen complaints of police misconduct, and acts of misconduct including, but not limited to, the aforesaid incident.

25. It was the policy and/or custom of DCMPD to inadequately supervise and discipline its police officers, including Glenn, thereby failing to adequately discourage future constitutional violations on the part of its police officers.

26. As a result of the aforementioned policies and customs, D.C. police officers, including Glenn, believed that their supervisors would not properly monitor them and that their misconduct would neither be investigated nor disciplined.  As a result they believed their rogue actions would be sanctioned and tolerated.

27. The above described polices and customs demonstrate a deliberate indifference on the part of D.C. policymakers to the constitutional rights or persons within D.C. and were the cause of the violations of Plaintiff's rights alleged herein.

**WHEREFORE**, Plaintiff respectfully prays this Honorable Court enters:

(a) Judgment against defendant D.C. for compensatory damages in an amount in excess of one hundred thousand dollars ($100,000.00);

(b) Judgment against defendant D.C. for reasonable attorneys fees, costs and such other relief as this Court deems just and proper.

## COUNT III
## NEGLIGENT AND SUPERVISION AND DISCIPLINE
## (DEFENDANT DISTRICT OF COLUMBIA

28. Paragraphs 1 through 27 are incorporated herein by reference as though fully set forth.

29. At all times relevant herein, Glenn acted under the direction and control of his police supervisors, and pursuant to the rules, regulations, policies and procedures implemented by defendant D.C.

30. Defendant D.C. acted negligently, carelessly and recklessly by failing to properly supervise, control, monitor and discipline Glenn in the performance of his police duties and responsibilities.

31. As a direct and proximate result of MPD's aforementioned acts and omissions, D.C. sanctioned, if not encouraged, Glenn's violent propensities toward Plaintiff..

32. As a result of defendant's negligence, Plaintiff suffered damages including, but not limited to, physical injury, humiliation, loss of reputation, loss of self-esteem, fear, embarrassment and mental anguish.

**WHEREFORE,** Plaintiff demands as follows:

(a) Judgment against defendant D.C. for compensatory damages in an amount in excess of one hundred thousand dollars ($100,000.00); and

(b) Judgment against defendant D.C. for reasonable attorney fees, costs and such other relief as the Court deems proper.

### JURY DEMAND

Plaintiff demands a trial by jury as to all issues.

Respectfully submitted,

Donald M. Temple #408749
1229 15th St. N.W.
Washington, D.C. 20005
(202) 628-1101
(202) 628-1149 facsimile
dtemplelaw@aol.com
Attorney for Plaintiff



**IN THE SUPERIOR COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**



FILED
CIVIL ACTIONS BRANCH
AUG 0 7 2007
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

JAMES FAWOLE

    Plaintiff

v.

DISTRICT OF COLUMBIA, et al.

    Defendant.

Case No. 2007 CA 3929
Judge: Lynn Leibovitz

### AFFIDAVIT OF SERVICE BY HAND DELIVERY

    I, DeQuan Bogan, hereby certify that I am over the age of eighteen years and I am not a party in the above case. My place of business is 1229 15th street, NW, Washington, D.C. 20005. My contact number is (202) 256-4718.

    On or about August 6, 2007, at or around 2:55 P.M. I, Dequan Bogan, personally hand delivered a copy of the complaint, summons, and intial order  upon the **District of Columbia Mayor's Office**.  The documents were received by Arlethia Thompson.  The location of service was executed at: 1350 Pennsylvania Avenue, Suite 419, Washington, D.C.

_____
DeQuan Bogan

_____
    Notary Public

I certify under a penalty of perjury that the foregoing is true and correct.

Executed on ___8/7/07___        _____
         Date                                    Signature

my commission expires on 5/20/2011

Ernesto Siciliano - 1229 15th Street, NW, Washington, DC. 20005

Case: 2007 CA 003929 B
0002500662
OFF: CIVACSC



### IN THE SUPERIOR COURT
### FOR THE DISTRICT OF COLUMBIA
**Civil Division**

JAMES FAWOLE

    **Plaintiff**

v.

DISTRICT OF COLUMBIA, et al.

    **Defendant.**

Case No. 2007 CA 3929
Judge: Lynn Leibovitz

FILED
CIVIL ACTIONS BRANCH
AUG 0 7 2007
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

### <u>AFFIDAVIT OF SERVICE BY HAND DELIVERY</u>

    I, DeQuan Bogan, hereby certify that I am over the age of eighteen years and I am not a party in the above case. My place of business is 1229 15th street, NW, Washington, D.C. 20005. My contact number is (202) 256-4718.

    On or about August 6, 2007, at or around 2:35 P.M. I, Dequan Bogan, personally hand delivered a copy of the complaint, summons, and intial order upon the **Office of the Attorney General.** The documents were received by Gale Rivers. The location of service was executed at: 441-4th Street, NW, 6th Floor, Washington, D.C. 20001.

_____
DeQuan Bogan

_____
                Notary Public

I certify under a penalty of perjury that the foregoing is true and correct.

Executed on **8/7/07**
        Date

_____
               Signature

My commission expires on 5/20/2011

Ernesto Siciliano - 1229 15th Street, NW, Washington, DC. 20005

Case: 2007 CA 003929 B
DR1: CIVA55c

Filed
D.C. Superior Court
07 Aug 13 A11:31
Clerk of Court

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

|  |  |  |
|---|---|---|
| JAMES FAWOLE | ) | |
| Plaintiff | ) | Civil Action No.:2007 CA 003929 |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et. al. | ) | |
| Defendants. | ) | Judge Lynn Leibovitz – Calendar 11 |
| | ) | |

### ORDER

Upon consideration of Plaintiff's Motion to Enlarge Time in Which to Serve

Summons Upon Defendant, it is this 9th day of August, 2007, hereby,

**ORDERED**, that the Plaintiff's Motion to Enlarge Time in Which to Serve

Summons Upon Defendant is **GRANTED**; it is further

**ORDERED** that Plaintiff shall until September 28, 2007, to execute service upon

defendants Robert Glenn and the District of Columbia; it is further

**ORDERED** that the Initial Scheduling Conference currently scheduled for

September 14, 2007, shall be rescheduled to **October 12, 2007, at 9:30 a.m. in**

**Courtroom 312**.


Lynn Leibovitz
Associate Judge
(signed in chambers)

Copies to:

Donald M. Temple, Esquire
1229 15th Street, N.W.
Washington, D.C. 20005

District of Columbia Office of the Attorney General
441 4th Street, NW
6th Floor
Washington, DC 20004

Officer Robert Glenn
Metropolitan Police Department
Third District
1625 V Street, NW
Washington, DC 20001

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001   Telephone: 879-1133

JAMES FAWOLE

*Plaintiff*

**0003929-07**

vs.

OFFICER ROBERT GLENN

Civil Action No. [                    ]

*Defendant*

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed  to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below.**    If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 a.m. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment  by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Donald M. Temple, Esq. 408749

Name of Plaintiff's Attorney

Donald M. Temple, P.C.

Address

1229 15TH STREET, NW, WDC. 20005

202-628-1101

Telephone

By _____
Deputy Clerk

Date _____

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS  FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-456/Mar. 98          **NOTE:**  SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CA Form 1

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

| JAMES FAWOLE | |
| --- | --- |
| *Plaintiff* | |

**0003929-07**

VS.

| DISTRICT OF COLUMBIA |
| --- |
| *Defendant* |

Civil Action No. [         ]

**Serve on:**
Office of Attorney General
441-4th Street, NW, 6th floor
Washington, D.C. 20004

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below.** If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

| Donald M. Temple, Esq. 408749 |
| --- |
| Name of Plaintiff's Attorney |

| Donald M. Temple, P.C. |
| --- |
| Address |

| 1229 15TH STREET, NW, WDC. 20005 |
| --- |

| 202-628-1101 |
| --- |
| Telephone |

By _____ Deputy Clerk

Date _____

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(t)-456/Mar. 98    **NOTE:** SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

CA Form 1

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

| JAMES FAWOLE |
|---|

*Plaintiff*

**VS.**

| DISTRICT OF COLUMBIA |
|---|

*Defendant*

0003929-07

Civil Action No. | |

**Serve on:**
Mayor Adrian Fenty
John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, D.C. 20004

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below.** If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

| Donald M. Temple, Esq. 408749 |
|---|
Name of Plaintiff's Attorney

| Donald M. Temple, P.C. |
|---|
Address

| 1229 15TH STREET, NW, WDC. 20005 |
|---|

| 202-628-1101 |
|---|
Telephone

By _____

Deputy Clerk

Date | |

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-456/Mar. 93

**NOTE:** SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1 161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

JAMES FAWOLE
    Vs.
DISTRICT OF COLUMBIA

C.A. No.    2007 CA 003929 B

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge LYNN LEIBOVITZ
Date:  June 8, 2007
Initial Conference: 9:30 am, Friday, September 14, 2007
Location:  Courtroom 312
        500 Indiana Avenue N.W.
        WASHINGTON, DC 20001

Caio.doc

### ADDENDUM TO INITIAL ORDER AFFECTING
### ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiffs counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Rufus G. King, III

Caio.doc

07-1571
JR

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| James Fawole<br>1238 Carrollsburg Place, S.W.<br>Apt. B<br>Washington, D.C. 20024 *1104* | District of Columbia and Officer Robert Glenn<br>John A. Wilson Building<br>1350 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 *1104* |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Donald M. Temple, Esq.
1229 15th St., N.W.
Washington, D.C. 20005
(202) 628-1101

Case: 1:07-cv-01571
Assigned To : Robertson, James
Assign. Date : 9/5/2007
Description: Civil Rights-Non-Employ.

*JURY ACTION*

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
Plaintiff

◉ 3 Federal Question
(U.S. Government Not a Party)

○ 2 U.S. Government
Defendant

○ 4 Diversity
(Indicate Citizenship of
Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place<br>of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place<br>of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a<br>Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ○ A. *Antitrust* | ○ B. *Personal Injury/ Malpractice* | ○ C. *Administrative Agency Review* | ○ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If<br>Administrative Agency is Involved) | Any nature of suit from any category may<br>be selected for this category of case<br>assignment.<br><br>*(If Antitrust, then A governs)* |

| ○ E. *General Civil (Other)* | OR | ○ F. *Pro Se General Civil* |
|---|---|---|

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or<br>defendant<br>☐ 871 IRS-Third Party 26<br>USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure<br>of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational<br>Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC<br>Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced &<br>Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/<br>Exchange<br>☐ 875 Customer Challenge 12 USC<br>3410<br>☐ 900 Appeal of fee determination<br>under equal access to Justice<br>☐ 950 Constitutionality of State<br>Statutes<br>☐ 890 Other Statutory Actions (if<br>not administrative agency<br>review or Privacy Act |

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ◉ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding  ◉ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. §§ 1441 and 1446, 42 U.S.C. 1983

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 | **DEMAND $** 100,000 **JURY DEMAND:** | Check YES only if demanded in complaint<br>YES ☒ NO ☐ |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 09/05/07    SIGNATURE OF ATTORNEY OF RECORD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.