UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES FAWOLE <br> 1238 Carrolsburg Place, S.W. <br> Apt. B <br> Washington, D.C. 20024 <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al*. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )  Case No.: 07-1571 (JR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant District of Columbia, by and through counsel, and pursuant to Fed. R. Civ. P. 6(b), respectfully move this Court for an enlargement of time to file a response to plaintiff's Complaint, up to an including September 28, 2007, and as grounds state as follows:

1. This action was originally filed in the Superior Court of the District of Columbia. Pursuant to SCR-Civil 12(a)(3)(A), and 3(B), this defendant had 60 days after service to respond to the Complaint. Plaintiff's Complaint was served on defendant District of Columbia on August 7, 2007.

2. On September 5, 2007, pursuant to 28 U.S.C. §§ 1441, and 1446, this defendant removed this case to the United States District Court for the District of Columbia based on the constitutional claims alleged in the Complaint.

3. Fed. R. Civ. P. 81(c) provides that "[i]n a removed action in which the defendant has not answered, the defendant shall answer … within 20 days after the receipt through service or otherwise of a copy of the initial pleading…or within 20 days after the service of summons upon such initial pleading, then filed, or within 5 days after the filing of the petition for removal, whichever period is longest."

4. This defendant's response is due on or about September 12, 2007. Undersigned counsel requires additional time to review plaintiff's complaint and to prepare this defendant's response.

5. Fed. R. Civ. P. 6(b)(1) provides that the court for cause shown may at any time in its discretion "with or without motion or notice order the period enlarged if request thereof is made before the expiration of the period originally prescribed…." This defendant moves to extend the time to file a responsive pleading to plaintiff's Complaint until and including September 28, 2007.

6. Plaintiff's counsel consents to this request. This defendant believes that it has satisfied the requirements of Rule 6(b)(1), and no party will be unduly prejudiced by the grant of the requested relief.

This defendant has attached hereto, a memorandum of points and authorities in support of its Consent Motion for Enlargement of Time to File a Response to Plaintiff's Complaint.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

          /s/ Patricia A. Jones
        PATRICIA A. JONES [428132]
        Chief, General Litigation, Section IV

        /s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

**CERTIFICATE PURSUANT TO RULE 7(m)**

I hereby certify that on September 12, 2007, the undersigned communicated with Donald Temple, Esq., plaintiff's counsel, regarding the relief herein sought, and consent was granted.

        /s/ Leticia L. Valdes
LETICIA L. VALDES

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **JAMES FAWOLE** | ) | |
| 1238 Carrolsburg Place, S.W. | ) | |
| Apt. B | ) | |
| Washington, D.C. 20024 | ) | Case No.: 07-1571 (JR) |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al*. | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

In support of its Consent Motion for Enlargement of Time to File a Response to Plaintiff's Complaint, defendant District of Columbia herein submits and relies upon the following authorities:

1. Fed. R. Civ. P. 6(b)(1);

2. The entire record herein;

3. Judicial economy;

4. The lack of undue prejudice to the parties;

5. Plaintiff's consent; and

6. The Court's equitable powers.

2

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


    /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

    /s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JAMES FAWOLE** <br> 1238 Carrolsburg Place, S.W. <br> Apt. B <br> Washington, D.C. 20024 <br><br> **Plaintiff,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** *et al*. <br><br> **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 07-1571 (JR) |

## ORDER

Upon consideration of defendant District of Columbia's Consent Motion for Enlargement of Time to File a Response to Plaintiff's Complaint, it is by the Court this _____ day of _____, 2007,

ORDERED:   that the defendant's Motion for Enlargement of Time to File a Response to Plaintiff's Complaint is hereby GRANTED, and it is,

FURTHER ORDERED: that defendant District of Columbia's response to plaintiff's Complaint will be due on or before September 28, 2007.

_____
Judge James Robertson