**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Civil Division

**JAMES FAWOLE**

    **Plaintiff**

**v.**                                               **Case No. 2007 CA 3929**
                                                 **Judge: Lynn Leibovitz**

**DISTRICT OF COLUMBIA, et al.**

    **Defendant.**

**AFFIDAVIT OF SERVICE BY HAND DELIVERY**

      I, DeQuan Bogan, hereby certify that I am over the age of eighteen years and I am not a party in the above case. My contact number is (202) 256-4718.

      On or about September 17, 2007, at or around 11:20 P.M. I, Dequan Bogan, personally hand delivered a copy of the complaint, summons, and intial order upon the Marcus Shaw the step son on Robert Glenn a legal resident over the age of 18 residing at Robert Glenn's known home address. The service was executed at: 1851 Wigglesworth Way, Woodbridge Va. 22191.

      /s/_____
Dequan Bogan

I certify under a penalty of perjury that the foregoing is true and correct.