## IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES FAWOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07cv1571 |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### AMENDED JOINT STATEMENT REGARDING RULE 16.3 MEETING

Pursuant to Local Rule 16.3, the parties hereby report on the Meet and Confer Conference in the above-captioned case. Counsel for Plaintiff conferred by telephone with counsel for Defendant. As required by Rule 16.3, the following matters were discussed;

1.  <u>Case Track</u>:  The parties agree that this litigation should be assigned to a Standard Litigation track.

No dispositive motion has been filed to date. The parties believe that, depending on the results of fact discovery, the case may be amenable to summary judgment. Each party proposes a schedule for summary judgment briefing as set forth in its response to issue No. 6, *infra*, and in their proposed scheduling order.

2.  <u>Issue of Fact and Law</u>:  There are not yet any joint stipulations as to fact and law. The date by which any party should be joined or the pleadings amended is no later than thirty (30) days after the date of the Scheduling Order.

3. <u>Magistrate</u>: The parties believe that the assignment to a Magistrate is appropriate only for discovery purposes.

4. <u>Settlement</u>: The parties are willing to explore the possibility of settlement, but believe that settlement discussions may be more appropriate with the benefit of discovery.

5. <u>Alternative Dispute Resolution:</u> Parties believe that alternative dispute resolution (ADR) procedures may be appropriate following the close of discovery and following any rulings on any dispositive motions.

6. <u>Dispositive Motions</u>: The parties agree that dispositive motions are likely. The parties propose the following schedule for summary judgment briefing: (a) all motions for summary judgment shall be filed by not later than 30 days after the close of discovery; (b) all oppositions shall be filed by no later than 30 days of the filing of the initial motion; (c) replies, if any, shall be filed by no later than 15 days after the filing of any opposition.

7. <u>Initial Disclosure</u>: Parties seek disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

8. <u>Discovery and Protective Order:</u> Consistent with placement on the Litigation Track, the parties request twenty-five (25) interrogatories per party and maximum seven (7) depositions.

The defendant s reserve the right to seek the entry of appropriate protective orders for high ranking officials of the District of Columbia government, and/or for the release of any personnel records or any other confidential material.

9. <u>Expert Witnesses:</u> Parties agree that expert witnesses may be necessary, and they propose that plaintiff's expert(s)' reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) be identified

within 75 days of the entry of the scheduling order with rebuttal expert(s)"reports pursuant to Fed. R. Civ. P. 26(a)(2)(C) be identified within 45 days after plaintiff has identified his experts.

10.    Class Actions: This matter is not a class action, and therefore, the provisions of this paragraph are not applicable.

11.    Bifurcation: The parties agree that bifurcation will not be necessary at this time. However, the District defendants reserve the right to seek bifurcation if necessary.

12.    Pretrial Conference: The parties recommend that the pretrial conference be scheduled following this court's rulings on any outstanding dispositive motions, and that a trial date be set at the Pretrial Conference.

13.    Such other matters that the parties believe may be appropriate for inclusion in a scheduling order.  None at this time.

                Respectfully submitted,

| | |
|---|---|
| Donald M. Temple, Esq. | LINDA SINGER |
| D.C. Bar No. 408749 | Attorney General for the District of Columbia |
| 1229 15th Street, NW | |
| Washington, DC 20005 | GEORGE C. VALENTINE |
| 202-628-1101 | Deputy Attorney General, Civil Litigation Division |

*Counsel for Plaintiff*

         /s/ Patricia A. Jones
       PATRICIA A. JONES [428132]
       Chief, General Litigation Sec. IV

         /s/ Leticia L. Valdes
       LETICIA L. VALDES [0461327]
       Assistant Attorney General
       441 Fourth Street, N.W.
       Sixth Floor South
       Washington, D.C. 20001

        (202) 442-9845; (202) 727-6295
        *Counsel for Defendant District of Columbia*

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

JAMES FAWOLE,                )
                             )
                             )
        Plaintiff,            )
                             )
v.                           )   Civil Action No. 07cv1571
                             )
DISTRICT OF COLUMBIA, *et al.*, )
                             )
        Defendants.           )
_____)

**PARTIES PROPOSED SCHEDULING ORDER**

Upon consideration of the Joint Report of the Parties, it is hereby;

ORDERED that Interrogatories will be limited to twenty five (25) by each party, and that depositions of fact witnesses, other than named defendants, be limited to seven (7) per side; and it is;

FURTHER ORDERED that the following schedule for discovery, dispositive motions, pretrial conference, and trial is hereby adopted:

| | |
|---|---|
| Deadline for amending pleadings and adding parties | November 16, 2007 |
| Close of fact discovery | March 31, 2008 |
| Expert disclosure pursuant to Fed. R. Civ. P. 26(a)(B) | January 14, 2008 |
| Rebuttal expert disclosure pursuant to Fed.R.Civ.P.26(a)(2)(C) | February 29, 2008 |
| Close of expert (and all discovery) | March 31, 2008 |
| Filing of dispositive motions, if any | May 1, 2008 |
| Responses to any dispositive motions | June 1, 2008 |

Replies to dispositive motions if any                                       June 16, 2008

Pretrial conference                                               Thirty (30) days after
                                                                                        Decision on
                                                                               dispositive motion

Trial                                                                                                   To be determined

       This schedule may be modified at any time by the Court's own motion or upon motion of any party upon a showing of good cause.

       ENTERED this _____ day of _____, 2007

                                                  _____
                                                  Judge