UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES FAWOLE<br><br>    Plaintiff,<br><br>    v.<br><br>District of Columbia, *et al.*,<br><br>    Defendants. | C.A. No.: 07-3929 |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of ERIC S. GLOVER, Assistant Attorney General for the District of Columbia, as counsel for defendant the District of Columbia.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Patricia A. Jones
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

        /s/ ERIC S. GLOVER
        ERIC S. GLOVER[1]
        Assistant Attorney General
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 442-9754
        Eric.Glover@dc.gov

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals and LCvR 83.2.