IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES FAWOLE, | ) |
| Plaintiff, | ) |
| v. | ) 1: 07-cv-01571-JR |
| DISTRICT OF COLUMBIA, et al., | ) |
| Defendants. | ) |

**MOTION FOR ENTRY OF DEFAULT**

**COMES NOW** Plaintiff James Fawole, by and through the undersigned counsel, and requests that the Clerk of Court, pursuant to Fed. R. Civ. P. 55(a), enter the default of Defendant Robert Glenn for failure to plead or otherwise defend in this matter. In further support of the instant request, Plaintiff states the following:

On September 17, 2007, Plaintiff served upon Defendant Robert Glenn the Summons and Complaint in this matter. The Answer of Defendant Robert Glenn was due on October 9, 2007. Defendant Robert Glenn's time to file any responsive pleading has expired and, to date, no such pleading has been filed.

**WHEREFORE**, Plaintiff requests that the Clerk of Court, pursuant to Fed. R. Civ. P. 55(a), enter Defendant Robert Glenn's default for failure to plead or otherwise defend in this action.

Respectfully submitted,

DATED: February 12, 2008

/s/ Donald M. Temple /s/
Donald M. Temple #408749
1229 15th Street, NW
Washington, DC 20005

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES FAWOLE, | ) |
| Plaintiff, | ) |
| v. | ) 1: 07-cv-01571-JR |
| DISTRICT OF COLUMBIA, et al., | ) |
| Defendants. | ) |

**ORDER**

THIS MATTER having come before this Court on Plaintiff's Motion for Entry of Default and the Court being duly advised in its premises, it is hereby

ORDERED that Plaintiff's Motion is GRANTED; and, it is further

ORDERED that default is hereby entered against Defendant Robert Glenn for failure to plead or otherwise defend in this action.

SO ORDERED this _____ day of February 2008.

_____
MAGISTRATE JUDGE OF THE DISTRICT COURT

ATTEST

_____
Clerk of the Court

Distribution List:
Donald M. Temple
Eric Sebastian Glover
Leticia L. Valdes

2