UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES FAWOLE,                       :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :   Civil Action No. 07-1571 (JR)
                                    :
DISTRICT OF COLUMBIA, *et al.*,     :
                                    :
        Defendants.                 :

### REFERRAL TO MEDIATION ORDER

Upon consent of the parties to mediate, it is

**ORDERED** that this matter is referred to the Court's Alternative Dispute Resolution Program for mediation. It is

**FURTHER ORDERED** that counsel and the parties shall attend each mediation session. It is

**FURTHER ORDERED** that mediation efforts shall be concluded by May 30, 2008. And it is

**FURTHER ORDERED** that if the case settles in whole or in part before such date, counsel shall advise the Court of the settlement by filing a stipulation.

                                        JAMES ROBERTSON
                                    United States District Judge