IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES FAWOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1: 07-cv-01571-JR |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PRAECIPE OF APPEARANCE**

COMES NOW Ceara Nicole Flake and hereby enter my appearance as co-counsel for Plaintiff James Fawole in the above captioned matter.

Respectfully submitted,

DATED: May 12, 2008        /S/ Ceara Flake
Ceara N. Flake #979719
1229 15th Street, NW
Washington, DC 20005

Attorney for Plaintiff

1