IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES FAWOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| i. | ) | 1:07-cv-01571-JR |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**Line**

Clerk of the Court:

    Please enter the appearance of Ceara N. Flake, Esq. as co-counsel for the plaintiff in the above captioned case.

Dated: May 13, 2008

                                                              Respectfully submitted,

                                                              _____/s/_____
                                                               Donald M. Temple, Esq. (#408749)
                                                               1229 15th Street, NW
                                                               Washington, DC 20005
                                                               (202) 628-1101 Phone
                                                               (202) 628-1149 Fax
                                                               templelaw@aol.com