### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES FAWOLE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-1571 (JR) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

### ORDER

The Court having been advised by the ADR program on May 13 that this case has settled, it is **ORDERED** that the case is **dismissed**.

```
                              JAMES ROBERTSON
                       United States District Judge
```